COMMONWEALTH v. WEIKEL & SMITH CO., APPELLANT.

Argued May 31, 1892. Appeal, No. 20, May T., 1892, from judgment of C. P. Dauphin Co., Jan. T., 1892, No. 307, for Commonwealth on trial before court without jury, on an appeal from tax settlement. Argued with preceding case.

*James W. M. Newlin*, with him *John A. Brown*, for appellant.

*James A. Stranahan*, Deputy Attorney General, and *W. U. Hensel*, Attorney General, for appellee.

OPINION BY MR. JUSTICE HEYDRICK, July 13, 1892.

This case does not differ in any material respect from Commonwealth v. William Mann Company, decided at this term. For the reasons therein given the judgment must be reversed and judgment entered for the Commonwealth for the tax upon so much of the defendant's capital as was employed in other than its legitimate business of manufacturing.

The judgment is reversed, and judgment is now entered in favor of the Commonwealth and against Weikel & Smith Company for the sum of seventy-six dollars and twenty-seven cents and costs.